UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cr-60215-PCH

**UNITED STATES OF AMERICA**,

    **Plaintiff**,

vs.

**LEO ANGELO ACQUIZ VIVAS**,

    **Defendant**.

_____/

## ORDER

**THIS MATTER** is before the Court upon Chief Magistrate Judge Edwin G. Torres' Report and Recommendation (R&R) on Change of Plea [ECF No. 41], which was entered on February 27, 2024. In the R&R, Chief Magistrate Judge Torres found that Defendant freely and voluntarily entered a plea of guilty as to count 1 of the Indictment, charging him with Possession of Child Pornography, in violation of Title 18, United States Code, §§ 2252(a)(4)(B) and (b)(2).

Chief Magistrate Judge Torres recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty as to Counts 1 of the Indictment, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Chief Magistrate Judge Torres' R&R, no objections have been filed, and the time to file objections has expired. Therefore, based on *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Chief Magistrate Judge Torres' R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count 1 of the Indictment; and (3) a sentencing hearing for Defendant before the Honorable Paul C. Huck is set for **May 13, 2024, at**

**9:00AM**.

**DONE AND ORDERED** in Miami, Florida on March 5, 2024.

Paul C. Huck
United States District Judge

Copies provided to:
Chief Magistrate Judge Edwin G. Torres
Counsel of record